FILED
2026 Jan-12 PM 02:46
U.S. DISTRICT COURT
N.D. OF ALABAMA



FILED AO
2026 JAN 12 P 1:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

Mardochues L Mack
Plaintiff

*(Write your full name. No more than one plaintiff may be named in a complaint.)*

-v-

Case No. 4:24-cv-967-MHH-HNJ
*(to be filled in by the Clerk's Office)*

Limestone Corr. Facility
Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $405.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $405.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

**I. The Parties to this Complaint**

**A. The Plaintiff**

Provide the information below for the plaintiff named in the complaint.

Name: Mardedues L Mack

All other names by which you have been known:

ID Number: 246186

Current Institution: Limestone Corr. Facility

Address: 28779 Nick Davis Rd
Harvest (City) Al (State) 35749 (Zip Code)

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Dence Mckenzie I

Job or Title *(if known)*: Warden I

Shield Number:

Employer: 2/es

Address: 28779 Nick Davis Rd
Harvest (City) Al (State) 35749 (Zip Code)

☒ Individual Capacity ☒ Official Capacity

Defendant No. 2

Name: William Streeter II

Job or Title *(if known)*: Warden II

Shield Number:

Employer: 2/es

Address: 28779 Nick Davis Rd.
Harvest (City) Al (State) 35749 (Zip Code)

☒ Individual Capacity ☒ Official Capacity

Defendant No. 3

Name: Shannon Caldwell

Job or Title *(if known)*: "Segregation" Captain

Shield Number:

Employer: ADOC

Address: 28779 Nick Davis Rd

Harvest (City) Al (State) 35749 (Zip Code)

☒ Individual Capacity ☒ Official Capacity

Defendant No. 4

Name: Jeremy S. Peker

Job or Title *(if known)*: "Population" Cpt

Shield Number:

Employer: ADOC

Address: 28779 Nick Davis Rd

Harvest (City) Al (State) 35749 (Zip Code)

☒ Individual Capacity ☒ Official Capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Eight Amendment and Fourteenth Amendment of United States Constitution

| | |
|---|---|
| Defendant No. 6 | Dustin M. Brewer "Population-Sgt." Employer: yes! 28779 Nick Davis Rd. Harvest Al, 35749 |
| Defendant No. 7 | Michael Jones "Segregation & Population LT" Employer: yes 28779 Nick Davis Rd, Harvest Al, 35749 |
| Defendant No. 8 | Cottles "Segregation Sgt." Employer: yes! 28779 Nick Davis Rd, Harvest Al, 35749 |
| Defendant No. 9 | Christopher L. Collins "Population Sgt." Employer: yes. 28779 Nick Davis Rd. Harvest Al, 35749 |
| Defendant No. 10 | Boris "Population Sgt" Employer. yes 28779 Nick Davis Rd. Harvest Al, 35749 |
| Defendant No. 11 | Masion "C/O" Segregation Employer. yes 28779 Nick Davis Rd. Harvest Al, 35749 |
| Defendant No. 12 | Bryan D. McPhalh "Hearing officer" Freelance Employer. No (come In) 28779 Nick Davis Rd. Harvest Al, 35749 |
| Defendant No. 13 | Ms. Crayton C/o Segregation Employer - yes 28779 Nick Davis Rd. Harvest Al, 35749 |
| Defendant No. 14 | Ms. William C/o Employer 28779 Nick Davis Rd. Harvest Al, 35749 |
| Defendant No. 15 | Adams C/o Employer 28779 Nick Davis Rd. Harvest Al, 35749 |
| | |
| | |

Now I'm Aware & understand what "DOC" means when HE said, This the only Prison "Goes" by they own Rules. make them & Broke them. When the last Time a "Black" Person Won a Disciplinary? Look It up...

All Acted In Are Part of Conspires to Have Me "Hurt" Are "Killed". The Administration In "No" Prison "I've" been Housed Showed "No" Concern nor Caring "Heart" To my Many Assaults nor Death Threats on my Life. Many Threats on my Life Came from the Official, Really Haven't Had Any Problems from "Inmates" Beside the One the "State" Paid to Do Something to Me, that they Can't Do because of there Job "Title". I Would "Hate" Not to Have a "Press" Hearing because, Without Some of the "UnCorrupted" Official & Mollie B Mack Support I would Died At "Donaldson Corr. Facility" Ever "Prison", I Remember the "Official" Who "Help" Me thru It All. I've been In Situation where, All the Help I "Had" Was A "Prison made knife" & A Cell-Phone. & I was Able to Reach out to "Renea Ross" Feds. of Montgomery Al. Even my "Mental Health" Judge Kept Sending me back to Prison To "Die". & Will "Prove" that In Court. 4-Months "Left" Please Protect Me.

Marcelaus J. Mack
#246186
E-36

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Inadequate Security, Cruel and Unusual Punishment, & Deprivation of Civil Rights

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial Detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* ______

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Attached Copy

C. What date and approximate time did the events giving rise to your claim(s) occur?

Attached Copy

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Attached Copy

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

Finger was Almost Cut Off with an Freeworld "LockBlade" "Paid by official/Jeremy S'Pelker & Shannon Caldwell" "Time & Dates"

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Five Million Dollars Compensatory Damages
Five Million Dollars Future Damages
$ 1,050.48 Property Damages "10/28/2024 Taken by State
Jury Trial "Appointment of Counsels
Two Million Dollars "Mentally/Brain Damages
& "NO" Sleeping out of "Feared" for my Life &
not eating.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [x] Yes
- [ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

LimeStone Corr. Facility 2024

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [x] Yes
- [ ] No
- [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [ ] Yes
- [x] No
- [ ] Do not know

If yes, which claim(s)?

First, Eight and Fourteenth Amendments

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Limestone Corr. Facility

2. What did you claim in your grievance?

First Eight and Fourteenth Amendment Violation

3. What was the result, if any?

They then Stop Responding to my "Inmate Grievance" R. Tate

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Stop Sending them In, just Holding them for the Courts, Time & Dates.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Limestone Corr. Facility is not a Safe "Prison", they make they own "Rules" & Go only by those. 208 & 403 is not "USE"!

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☑ Yes

☑ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

Mordecdies L Mack "Plaintiff" -Vs- K. Mays
Case No. 2:24-CV-42-WKW / /s/ W. Keith Watkins
March 25, 2025. why? They Ship me Everytime...

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ______

   Defendant(s) Derrick McDeon

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ______

3. Docket or index number

   ______

4. Name of Judge assigned to your case

   Merrian N. Johnson JR

5. Approximate date of filing lawsuit

   05/07/25

6. Is the case still pending?

   ☑ Yes

   ☐ No

If no, give the approximate date of disposition. ______

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Awaiting on my Court "Date" Now..

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff: Mr. Mordecai L Mack

Prison Identification #: #246186

Prison Address: 28779 Nick Davis Rd

Harvest, Al 35749

*City* *State* *Zip Code*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/30/25
(Date)

[signature]
Signature of Plaintiff